[No. 25118-3-II.   Division Two.   September 1, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH ALVERN HALLER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-1-04088-0, D. Gary Steiner, J., entered August 25, 1999. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton and Wang, JJ.

[No. 25086-1-II.   Division Two.   September 1, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL C. CORTEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 99-8-00156-5, William P. Gilbert, J. Pro Tem., and Gordon Godfrey, J. *Reversed* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Wang, JJ.

[No. 24391-1-II.   Division Two.   September 1, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD ROBERT PAYNE, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 98-1-01837-6, Gary Tabor, J., entered February 23, 1999. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Hunt, A.C.J., and Houghton, J.

[No. 23962-1-II.   Division Two.   September 1, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. AARON JOSEPH BULUS-STEED, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 98-8-00274-8, William G. Knebes, J. Pro Tem., entered October 14, 1998. *Reversed* by unpublished opinion per Armstrong, C.J., concurred in by Morgan and Hunt, JJ.